

# Fourth Court of Appeals
## San Antonio, Texas

August 7, 2014

No. 04-13-00646-CV

Robert Ray **PEREZ** and Rhonda Lee Arevalo,
Appellants

v.

Arturo Zepeda **ARREDONDO**, CUSA KBC, LLC d/b/a Kerrville Bus Company,
Appellees

From the 79th Judicial District Court, Brooks County, Texas
Trial Court No. 10-07-15670-CV
Joaquin Villarreal III, Judge Presiding

## O R D E R

Sitting:      Catherine Stone, Chief Justice
                Karen Angelini, Justice
                Rebeca C. Martinez, Justice

Appellees have filed an unopposed motion to reset oral argument. We GRANT the motion and ORDER the above cause to be set for formal submission and oral argument before this Court on Thursday, September 25, 2014, at 9:00 a.m., before a panel consisting of Chief Justice Stone, Justice Angelini, and Justice Martinez.

Argument is limited to twenty (20) minutes to each side with ten (10) minutes rebuttal. If you do not wish to present argument, you must notify this Court in writing within seven (7) days of receiving this order.

It is so **ORDERED** on August 7, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court